# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **JUSTIN RENARD BARRON,** Defendant. | Case No. 7:10-CR-24 (HL) |

## ORDER

This case is before the Court on Defendant's Motion for Correction of Sentence (Doc. 75). The Motion is denied. As reflected in the Judgment entered on March 5, 2012, the total offense level was 29, with a criminal history category of III. The guidelines imprisonment range was 108 to 135 months. The Court imposed a sentence of 135 months based on the totality of the circumstances, the seriousness of the offense, and Defendant's prior criminal record. The sentenced imposed was based on an offense level of 29, not on an offense level of 31.

The Court notes for future reference that the minute sheets filed after hearings are not official court records. The minute sheet contains a disclaimer which states that the "[c]ontents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record." (Doc. 35).

**SO ORDERED**, this the 6th day of March, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh